Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28733−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Geronimo Graciano
    49 Summer Avenue
    Dover, NJ 07801

Social Security No.:
    xxx−xx−9583

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/14/20 at 10:00 AM

to consider and act upon the following:

37 − Motion To Reinstate Stay Filed by David C Russo on behalf of Geronimo Graciano. (Attachments: # 1 Certification Certification of Debtor # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order) (Russo, David)

Dated: 4/14/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court