Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28733−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geronimo Graciano
   49 Summer Avenue
   Dover, NJ 07801

Social Security No.:
   xxx−xx−9583

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/14/20 at 10:00 AM

to consider and act upon the following:

*37* − Motion To Reinstate Stay Filed by David C Russo on behalf of Geronimo Graciano. (Attachments: # 1 Certification Certification of Debtor # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order) (Russo, David)

Dated: 4/14/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Geronimo Graciano  
    Debtor

Case No. 19-28733-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 14, 2020  
                     Form ID: ntchrgbk      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.  
db          +Geronimo Graciano,    49 Summer Avenue,    Dover, NJ 07801-5419  
cr          +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,  
            Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 15 2020 01:33:26  
            American Honda Finance Corporation,    PO Box 168088,    Irving, TX  75016-8088  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 01:42:08  
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                    TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:  
         David C Russo    on behalf of Debtor Geronimo  Graciano attorneydavidrusso@gmail.com,  
           deannabuss@gmail.com;russodr84994@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Douglas J. McDonough    on behalf of Creditor   Pingora Loan Servicing, LLC DMcDonough@flwlaw.com  
         John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                        TOTAL: 7