| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    GERONIMO GRACIANO |

Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-28733

Judge:  JOHN K. SHERWOOD

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): GERONIMO GRACIANO

Case No.: 19-28733JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of AMERICAN HONDA FINANCE CORPORATION, Court Claim Number 2, be reduced to amount paid to date through the plan by the Standing Trustee.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-28733-JKS
Geronimo Graciano                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db              +Geronimo Graciano,    49 Summer Avenue,    Dover, NJ 07801-5419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
              David C Russo    on behalf of Debtor Geronimo  Graciano attorneydavidrusso@gmail.com,
               deannabuss@gmail.com;russodr84994@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor   Pingora Loan Servicing, LLC DMcDonough@flwlaw.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7