UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RUSSO & RUSSO, P.C.
DAVID C. RUSSO, ESQ.
I.D. # 002741979
901 Teaneck Road
Teaneck, NJ 07666
(201) 833-9393
(201) 833-9589 (fax)
attorneydavidrusso@gmail.com

Case No.:    **19-28733**

Chapter:    **13**

In Re:

**GERONIMO GRACIANO**

Hearing Date:

Judge:    **John K. Sherwood**

## CERTIFICATION OF DEBTOR

I, GERONIMO GRACIANO, of full age, being duly sworn according to law, upon his oath deposes and says:

1.    I am the Debtor in the above captioned case and submit this Certification in support of my request to the Chapter 13 Standing Trustee that I be excused for the tax refund requirement for tax year 2019 only inasmuch as I have been unemployed due to COVID-19 and have used the 2019 tax refund received in the amount of $5,408.00 for my living expenses. I do not possess funds to pay the $2,908.00 overage into the Plan.

2.    I understand that beginning with tax year 2020, any tax refund in excess of $2,500.00 is to be turned over to the Trustee as a lump sum payment for the benefit of creditors. Furthermore, I will provide my tax return to the Trustee by April 15th each year for the remainder of the plan.

3.    I certify under penalty of perjury that the above is true.

DATED:  November 2, 2020

_____
GERONIMO GRACIANO, Debtor

SWORN TO & SUBSCRIED TO BEFORE
ME ON THIS 2nd DAY OF NOVEMBER, 2020.

_____
A Notary Public of New Jersey
My commission expires on _____.

JANET BOYD
A Notary Public of New Jersey
My Commission Expires October 22, 2022