| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    GERONIMO GRACIANO | Case No.:  19-28733 JKS<br><br>Hearing Date:  12/10/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 11, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): GERONIMO GRACIANO

Case No.: 19-28733

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/10/2020 on notice to DAVID C RUSSO ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) Debtor is excused from tax refund requirement for tax year 2019 only. Going forward and beginning with tax year 2020, any tax refund in excess of $2,500 is to be turned over to the Trustee as a lump sum payment for the benefit of creditors. Tax return is to be provided by April 15th each year for the remainder of the plan

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |  |
| IN RE:<br><br>    GERONIMO GRACIANO | Case No.:  19-28733 JKS<br><br>Hearing Date:  12/10/2020 |

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): GERONIMO GRACIANO

Case No.: 19-28733

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/10/2020 on notice to DAVID C RUSSO ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) Debtor is excused from tax refund requirement for tax year 2019 only. Going forward and beginning with tax year 2020, any tax refund in excess of $2,500 is to be turned over to the Trustee as a lump sum payment for the benefit of creditors. Tax return is to be provided by April 15th each year for the remainder of the plan