| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>GERONIMO GRACIANO | Case No.: 19-28733<br><br>Adv. No.:<br><br>Hearing Date:  06/22/2023<br><br>Judge:  JKS |

### CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 04/26/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
GERONIMO GRACIANO
49 SUMMER AVENUE
DOVER, NJ  07801
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DAVID C RUSSO ESQ
RUSSO & RUSSO ESQS
901 TEANECK RD
TEANECK, NJ  07666
Mode of Service:  ECF and/or Regular Mail

Dated:  April 26, 2023

By:  /S/  Jeannine VanSant
      Jeannine VanSant