Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-28733**

Re:  GERONIMO GRACIANO  
     49 SUMMER AVENUE  
     DOVER, NJ  07801

Atty:  DAVID C RUSSO ESQ  
      RUSSO & RUSSO ESQS  
      901 TEANECK RD  
      TEANECK, NJ  07666

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,027.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/04/2019 | $120.00 | | 12/06/2019 | $120.00 | |
| 01/06/2020 | $120.00 | | 01/31/2020 | $120.00 | |
| 03/04/2020 | $120.00 | | 04/14/2020 | $120.00 | |
| 05/08/2020 | $120.00 | | 06/02/2020 | $120.00 | |
| 07/01/2020 | $120.00 | | 08/07/2020 | $120.00 | |
| 08/31/2020 | $120.00 | | 10/13/2020 | $120.00 | |
| 11/02/2020 | $120.00 | | 12/04/2020 | $120.00 | |
| 01/05/2021 | $120.00 | | 02/03/2021 | $120.00 | |
| 03/08/2021 | $120.00 | | 03/29/2021 | $2,100.00 | |
| 04/30/2021 | $120.00 | | 06/01/2021 | $120.00 | |
| 07/01/2021 | $120.00 | | 08/04/2021 | $120.00 | |
| 08/27/2021 | $120.00 | | 09/23/2021 | $120.00 | |
| 11/02/2021 | $1,000.00 | | 11/23/2021 | $1,340.00 | |
| 03/15/2022 | $1,135.00 | | 05/09/2023 | $592.00 | |
| 08/21/2023 | $420.00 | | 09/05/2023 | $120.00 | |
| 10/03/2023 | $120.00 | | 11/01/2023 | $120.00 | |
| 12/04/2023 | $120.00 | | 01/04/2024 | $120.00 | |
| 02/05/2024 | $120.00 | | 03/05/2024 | $120.00 | |
| 04/01/2024 | $120.00 | | 05/02/2024 | $120.00 | |
| 07/08/2024 | $120.00 | | 08/05/2024 | $120.00 | |
| 09/05/2024 | $120.00 | | 10/03/2024 | $120.00 | |
| 11/04/2024 | $120.00 | | | | |

**Total Receipts: $11,027.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan : $11,027.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-28733**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 687.20 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AEO/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | JPMORGAN CHASE BANK NA | UNSECURED | 1,838.07 | * | 160.24 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 2,191.81 | * | 191.08 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,024.03 | * | 263.64 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,827.96 | * | 159.36 | |
| 0006 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 4,085.52 | * | 356.17 | |
| 0007 | CITIBANK NA | UNSECURED | 4,999.55 | * | 435.86 | |
| 0008 | DISCOVER BANK | UNSECURED | 2,168.67 | * | 189.06 | |
| 0010 | FREEDOM MORTGAGE CORPORATION | MORTGAGE ARRE | 1,125.04 | 100.00% | 1,125.04 | |
| 0011 | CITIBANK NA | UNSECURED | 8,418.59 | * | 733.94 | |
| 0012 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 180.18 | 100.00% | 180.18 | |
| 0013 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 590.67 | * | 49.12 | |
| 0014 | PAYOFF INC. | UNSECURED | 12,396.42 | * | 1,080.74 | |
| 0016 | WELLS FARGO AUTO | VEHICLE SECURE | 4,000.00 | 100.00% | 4,000.00 | |
| 0018 | AMERICAN EXPRESS BANK | UNSECURED | 4,689.55 | * | 408.84 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 142.74 | * | 11.59 | |
| 0020 | CITIBANK NA | UNSECURED | 4,642.34 | * | 404.73 | |
| 0021 | CITIBANK NA | UNSECURED | 4,258.61 | * | 371.27 | |
| 0022 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 1,180.40 | * | 64.38 | |

Total Paid:  $10,872.44
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 11/17/2021 | $6.10 | 8002524 | | 11/17/2021 | $13.05 | 8002524 |
| | 12/13/2021 | $105.75 | 8002577 | | 12/13/2021 | $49.42 | 8002577 |
| | 04/18/2022 | $42.52 | 8002786 | | 04/18/2022 | $90.98 | 8002786 |
| | 05/15/2023 | $45.97 | 8003468 | | 05/15/2023 | $21.50 | 8003468 |
| | 09/18/2023 | $19.60 | 8003698 | | 09/18/2023 | $41.94 | 8003698 |
| | 10/16/2023 | $9.17 | 8003760 | | 11/13/2023 | $9.18 | 8003805 |
| | 11/13/2023 | $8.57 | 8003805 | | 12/11/2023 | $9.17 | 8003858 |
| | 01/08/2024 | $9.17 | 8003905 | | 01/08/2024 | $8.57 | 8003905 |
| | 02/12/2024 | $9.17 | 8003948 | | 03/11/2024 | $9.17 | 8004000 |
| | 03/11/2024 | $8.57 | 8004000 | | 04/15/2024 | $9.17 | 8004039 |
| | 05/10/2024 | $9.17 | 8004086 | | 05/10/2024 | $8.58 | 8004086 |
| | 07/15/2024 | $9.47 | 8004175 | | 08/19/2024 | $9.47 | 8004213 |
| | 08/19/2024 | $8.84 | 8004213 | | 09/16/2024 | $9.47 | 8004256 |
| | 10/21/2024 | $9.37 | 8004294 | | 10/21/2024 | $8.81 | 8004294 |
| AMERICAN HONDA FINANCE CORPORATION | | | | | | | |
| | 01/13/2020 | $180.18 | 841092 | | 06/15/2020 | $292.77 | 850420 |
| | 07/14/2020 | ($292.77) | 0 | | | | |

**Chapter 13 Case # 19-28733**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/17/2021 | $8.41 | 880887 | | 12/13/2021 | $68.19 | 882523 |
| | 04/18/2022 | $58.67 | 889284 | | 05/15/2023 | $29.65 | 910198 |
| | 09/18/2023 | $27.05 | 916197 | | 10/16/2023 | $5.91 | 917679 |
| | 11/13/2023 | $5.91 | 919117 | | 12/11/2023 | $5.92 | 920534 |
| | 01/08/2024 | $5.91 | 921917 | | 02/12/2024 | $5.91 | 923271 |
| | 03/11/2024 | $5.91 | 924721 | | 04/15/2024 | $5.92 | 926160 |
| | 05/10/2024 | $5.91 | 927631 | | 07/15/2024 | $6.11 | 930518 |
| | 08/19/2024 | $6.11 | 931933 | | 09/16/2024 | $6.11 | 933393 |
| | 10/21/2024 | $6.04 | 934795 | | | | |
| CITIBANK NA | | | | | | | |
| | 11/17/2021 | $13.91 | 880566 | | 11/17/2021 | $23.42 | 880566 |
| | 11/17/2021 | $12.92 | 880566 | | 11/17/2021 | $11.85 | 880566 |
| | 12/13/2021 | $96.03 | 882202 | | 12/13/2021 | $104.68 | 882202 |
| | 12/13/2021 | $189.83 | 882202 | | 12/13/2021 | $112.74 | 882202 |
| | 04/18/2022 | $97.00 | 888920 | | 04/18/2022 | $163.33 | 888920 |
| | 04/18/2022 | $90.06 | 888920 | | 04/18/2022 | $82.62 | 888920 |
| | 05/15/2023 | $41.75 | 909863 | | 05/15/2023 | $45.52 | 909863 |
| | 05/15/2023 | $82.54 | 909863 | | 05/15/2023 | $49.01 | 909863 |
| | 09/18/2023 | $44.71 | 915853 | | 09/18/2023 | $75.29 | 915853 |
| | 09/18/2023 | $41.52 | 915853 | | 09/18/2023 | $38.09 | 915853 |
| | 10/16/2023 | $8.33 | 917354 | | 10/16/2023 | $9.07 | 917354 |
| | 10/16/2023 | $16.47 | 917354 | | 10/16/2023 | $9.78 | 917354 |
| | 11/13/2023 | $9.77 | 918782 | | 11/13/2023 | $16.45 | 918782 |
| | 11/13/2023 | $9.09 | 918782 | | 11/13/2023 | $8.32 | 918782 |
| | 12/11/2023 | $8.33 | 920203 | | 12/11/2023 | $9.07 | 920203 |
| | 12/11/2023 | $16.47 | 920203 | | 12/11/2023 | $9.79 | 920203 |
| | 01/08/2024 | $9.77 | 921605 | | 01/08/2024 | $16.46 | 921605 |
| | 01/08/2024 | $9.08 | 921605 | | 01/08/2024 | $8.32 | 921605 |
| | 02/12/2024 | $8.34 | 922931 | | 02/12/2024 | $9.08 | 922931 |
| | 02/12/2024 | $16.47 | 922931 | | 02/12/2024 | $9.78 | 922931 |
| | 03/11/2024 | $9.77 | 924397 | | 03/11/2024 | $16.46 | 924397 |
| | 03/11/2024 | $9.08 | 924397 | | 03/11/2024 | $8.32 | 924397 |
| | 04/15/2024 | $8.33 | 925812 | | 04/15/2024 | $9.08 | 925812 |
| | 04/15/2024 | $16.47 | 925812 | | 04/15/2024 | $9.78 | 925812 |
| | 05/10/2024 | $9.78 | 927306 | | 05/10/2024 | $16.46 | 927306 |
| | 05/10/2024 | $9.08 | 927306 | | 05/10/2024 | $8.33 | 927306 |
| | 07/15/2024 | $8.60 | 930181 | | 07/15/2024 | $9.35 | 930181 |
| | 07/15/2024 | $17.00 | 930181 | | 07/15/2024 | $10.07 | 930181 |
| | 08/19/2024 | $10.12 | 931576 | | 08/19/2024 | $17.00 | 931576 |
| | 08/19/2024 | $9.40 | 931576 | | 08/19/2024 | $8.60 | 931576 |
| | 09/16/2024 | $8.60 | 933064 | | 09/16/2024 | $9.37 | 933064 |
| | 09/16/2024 | $17.00 | 933064 | | 09/16/2024 | $10.09 | 933064 |
| | 10/21/2024 | $9.99 | 934421 | | 10/21/2024 | $16.82 | 934421 |
| | 10/21/2024 | $9.28 | 934421 | | 10/21/2024 | $8.51 | 934421 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 12/13/2021 | $14.96 | 882612 | | 04/18/2022 | $11.46 | 889378 |
| | 05/15/2023 | $5.79 | 910284 | | 09/18/2023 | $5.29 | 916292 |
| | 02/12/2024 | $5.77 | 923367 | | 08/19/2024 | $5.85 | 932033 |
| DISCOVER BANK | | | | | | | |
| | 11/17/2021 | $6.03 | 880988 | | 12/13/2021 | $48.90 | 882619 |
| | 04/18/2022 | $42.07 | 889386 | | 05/15/2023 | $21.27 | 910293 |
| | 09/18/2023 | $19.40 | 916299 | | 11/13/2023 | $8.49 | 919223 |
| | 01/08/2024 | $8.48 | 922014 | | 03/11/2024 | $8.48 | 924827 |
| | 05/10/2024 | $8.48 | 927736 | | 08/19/2024 | $8.76 | 932041 |
| | 10/21/2024 | $8.70 | 934900 | | | | |

**Chapter 13 Case # 19-28733**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FREEDOM MORTGAGE CORPORATION | | | | | | |
| | 02/22/2021 | $24.37 | 864332 | 03/15/2021 | $24.37 | 866306 |
| | 04/19/2021 | $426.40 | 867867 | 05/17/2021 | $24.37 | 869821 |
| | 06/21/2021 | $24.76 | 871581 | 07/19/2021 | $24.76 | 873438 |
| | 08/16/2021 | $24.76 | 875128 | 09/20/2021 | $24.76 | 876847 |
| | 10/18/2021 | $24.76 | 878644 | 11/17/2021 | $174.05 | 880354 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 11/17/2021 | $11.37 | 8002530 | 12/13/2021 | $92.12 | 8002584 |
| | 04/18/2022 | $79.26 | 8002791 | 05/15/2023 | $40.06 | 8003477 |
| | 09/18/2023 | $36.54 | 8003693 | 10/16/2023 | $7.99 | 8003752 |
| | 11/13/2023 | $7.98 | 8003809 | 12/11/2023 | $8.00 | 8003863 |
| | 01/08/2024 | $7.99 | 8003910 | 02/12/2024 | $7.99 | 8003952 |
| | 03/11/2024 | $7.99 | 8003994 | 04/15/2024 | $7.98 | 8004037 |
| | 05/10/2024 | $7.99 | 8004083 | 07/15/2024 | $8.26 | 8004172 |
| | 08/19/2024 | $8.24 | 8004211 | 09/16/2024 | $8.25 | 8004253 |
| | 10/21/2024 | $8.16 | 8004292 | | | |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 11/17/2021 | $5.11 | 880606 | 12/13/2021 | $41.45 | 882243 |
| | 04/18/2022 | $35.66 | 888960 | 05/15/2023 | $18.02 | 909893 |
| | 09/18/2023 | $16.44 | 915879 | 11/13/2023 | $7.19 | 918808 |
| | 01/08/2024 | $7.19 | 921628 | 03/11/2024 | $7.19 | 924421 |
| | 05/10/2024 | $7.18 | 927328 | 08/19/2024 | $7.43 | 931599 |
| | 10/21/2024 | $7.38 | 934443 | | | |
| PAYOFF INC. | | | | | | |
| | 11/17/2021 | $34.49 | 881327 | 12/13/2021 | $279.53 | 882954 |
| | 04/18/2022 | $240.50 | 889754 | 05/15/2023 | $121.54 | 910610 |
| | 09/18/2023 | $110.87 | 916624 | 10/16/2023 | $24.24 | 918094 |
| | 11/13/2023 | $24.23 | 919535 | 12/11/2023 | $24.26 | 920933 |
| | 01/08/2024 | $24.23 | 922307 | 02/12/2024 | $24.25 | 923693 |
| | 03/11/2024 | $24.23 | 925131 | 04/15/2024 | $24.25 | 926597 |
| | 05/10/2024 | $24.24 | 928024 | 07/15/2024 | $25.05 | 930904 |
| | 08/19/2024 | $25.02 | 932361 | 09/16/2024 | $25.04 | 933767 |
| | 10/21/2024 | $24.77 | 935215 | | | |
| PINGORA LOAN SERVICING LLC | | | | | | |
| | 01/13/2020 | $35.36 | 841047 | 02/10/2020 | $11.79 | 842919 |
| | 03/16/2020 | $11.79 | 844809 | 04/20/2020 | $11.19 | 846756 |
| | 05/18/2020 | $11.19 | 848686 | 06/15/2020 | $11.50 | 850351 |
| | 07/20/2020 | $88.64 | 852138 | 08/17/2020 | $24.37 | 854011 |
| | 09/21/2020 | $24.37 | 855804 | 10/19/2020 | $24.37 | 857695 |
| | 11/16/2020 | $24.37 | 859485 | 12/21/2020 | $24.37 | 861285 |
| | 01/11/2021 | $24.37 | 863106 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 11/17/2021 | $5.09 | 8002529 | 12/13/2021 | $41.22 | 8002581 |
| | 04/18/2022 | $35.46 | 8002785 | 05/15/2023 | $17.92 | 8003472 |
| | 09/18/2023 | $16.35 | 8003690 | 11/13/2023 | $7.15 | 8003806 |
| | 01/08/2024 | $7.15 | 8003906 | 03/11/2024 | $7.15 | 8003991 |
| | 05/10/2024 | $7.14 | 8004082 | 08/19/2024 | $7.39 | 8004210 |
| | 10/21/2024 | $7.34 | 8004295 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 04/18/2022 | $6.39 | 888938 | 07/15/2024 | $5.20 | 930191 |

**Chapter 13 Case # 19-28733**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | | | | | | | |
| | 01/13/2020 | $125.73 | 842239 | | 02/10/2020 | $41.91 | 844108 |
| | 03/16/2020 | $41.91 | 846064 | | 04/20/2020 | $39.79 | 848035 |
| | 05/18/2020 | $39.79 | 849769 | | 06/15/2020 | $40.89 | 851467 |
| | 07/20/2020 | $315.14 | 853356 | | 08/17/2020 | $86.63 | 855160 |
| | 09/21/2020 | $86.63 | 857066 | | 10/19/2020 | $86.63 | 858880 |
| | 11/16/2020 | $86.63 | 860644 | | 12/21/2020 | $86.63 | 862560 |
| | 01/11/2021 | $86.63 | 864115 | | 02/22/2021 | $86.63 | 866091 |
| | 03/15/2021 | $86.63 | 867658 | | 04/19/2021 | $1,516.10 | 869577 |
| | 05/17/2021 | $86.63 | 871365 | | 06/21/2021 | $88.04 | 873224 |
| | 07/19/2021 | $88.04 | 874932 | | 08/16/2021 | $88.04 | 876642 |
| | 09/20/2021 | $88.04 | 878437 | | 10/18/2021 | $88.04 | 880163 |
| | 11/17/2021 | $618.87 | 881828 | | 12/13/2021 | $29.90 | 883473 |
| | 04/18/2022 | $22.90 | 890305 | | 05/15/2023 | $11.58 | 911040 |
| | 09/18/2023 | $10.56 | 917079 | | 10/19/2023 | ($10.56) | 0 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 14, 2024.

Receipts: $11,027.00    -    Paid to Claims: $10,185.24    -    Admin Costs Paid: $687.20    =    Funds on Hand: $154.56

Base Plan Amount: $11,027.00    -    Receipts: $11,027.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.