**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Geronimo Graciano<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9583<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–28733–JKS | | |

# Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Geronimo Graciano

<u>1/17/25</u>                                                          **By the court:** <u>John K. Sherwood</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28733-JKS |
| Geronimo Graciano | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 17, 2025 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geronimo Graciano, 49 Summer Avenue, Dover, NJ 07801-5419 |
| 518491733 | + | Elena M. Rodriguez-Martinez, 49 Summer Avenue, Dover, NJ 07801-5419 |
| 518611872 | + | Pingora Loan Servicing, LLC, c/o Frenkel Lambert Weiss Weisman & Gord, 80 Main Street, West Orange, NJ 07052-5460 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2025 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 17 2025 21:05:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| cr | + | EDI: PRA.COM | Jan 18 2025 01:36:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFFC | Jan 18 2025 01:36:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 518491725 | | EDI: SYNC | Jan 18 2025 01:36:00 | AEO/Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518510184 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 17 2025 21:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518491727 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 21:06:34 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518570076 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 22:07:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518491728 | + | EDI: CAPITALONE.COM | Jan 18 2025 01:36:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 518491729 | + | EDI: CAPITALONE.COM | Jan 18 2025 01:36:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518563960 | + | EDI: AIS.COM | Jan 18 2025 01:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518491730 | | EDI: CITICORP | Jan 18 2025 01:36:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518491731 | | EDI: CITICORP | | |

Case 19-28733-JKS    Doc 84    Filed 01/19/25    Entered 01/20/25 00:20:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 17, 2025 | Form ID: 3180W | Total Noticed: 38 |

| | | | |
| --- | --- | --- | --- |
| 518607842 | | EDI: CITICORP | Jan 18 2025 01:36:00    Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 518610149 | | EDI: Q3G.COM | Jan 18 2025 01:36:00    Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518491732 | | EDI: DISCOVER | Jan 18 2025 01:36:00    Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518500207 | | EDI: DISCOVER | Jan 18 2025 01:36:00    Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518491734 | | Email/Text: servicingmailhub@flagstar.com | Jan 18 2025 01:36:00    Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519076208 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2025 21:05:00    Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519076207 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2025 21:02:00    Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518491738 | | Email/Text: sb_jira_integration@happymoney.com | Jan 17 2025 21:02:00    Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 518491735 | | EDI: CITICORP | Jan 17 2025 21:01:00    Payoff, Inc., 3200 Park Center Drive, Suite 800, Costa Mesa, CA 92626 |
| 518491736 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 18 2025 01:36:00    Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518598845 | | EDI: JEFFERSONCAP.COM | Jan 17 2025 21:05:00    Honda Financial Services, PO Box 7003, Holyoke, MA 01041-7003 |
| 518599132 | | EDI: JEFFERSONCAP.COM | Jan 18 2025 01:36:00    Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518491726 | | EDI: JPMORGANCHASE | Jan 18 2025 01:36:00    Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302 |
| 518538757 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 18 2025 01:36:00    Amazon Prime, PO Box 15123, Wilmington, DE 19850-5123 |
| 518491737 | + | EDI: CITICORP | Jan 17 2025 21:02:00    JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518590072 | | EDI: PRA.COM | Jan 18 2025 01:36:00    Macys Card, PO Box 8113, Mason, OH 45040-8113 |
| 518613494 | ^ | MEBN | Jan 18 2025 01:36:00    Portfolio Recovery Associates, LLC, c/o Up, POB 41067, Norfolk VA 23541 |
| 518493619 | ^ | MEBN | Jan 17 2025 20:52:09    Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518602064 | + | EDI: AIS.COM | Jan 17 2025 20:54:20    Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518491739 | | EDI: WFFC2 | Jan 18 2025 01:36:00    Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518569762 | + | EDI: WFFC2 | Jan 18 2025 01:36:00    Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900 |
| | | | Jan 18 2025 01:36:00    Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 19-28733-JKS  Doc 84  Filed 01/19/25  Entered 01/20/25 00:20:00  Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: 3180W | Total Noticed: 38 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 kincaid Dr., Fishers, IN 46037-9764 |
| 518570079 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David C Russo | on behalf of Debtor Geronimo Graciano attorneydavidrusso@gmail.com deannabuss@gmail.com;russodr84994@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Pingora Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9